

Denver County (N)

| | |
|---|---|
| District Court, ~~Arapahoe County,~~ State of Colorado<br>1437 Bannock Street.<br>Denver CO 80202 | DATE FILED: May 16, 2024<br>CASE NUMBER: 2024CV415<br>FILED IN DENVER DISTRICT COURT<br>MAY 16 2024<br>DENVER, COLORADO<br>COUNTER CLERK __ |
| ANTONIO MILLER; PENTHOUSE ENTERPRISE, LLC, a Colorado limited liability company<br><br>*Plaintiff(s),*<br><br>v.<br><br>CITY AND COUNTY OF DENVER<br><br>*Defendant(s).* | ▲ COURT USE ONLY ▲ |
| *Counsel for Plaintiff:*<br>Issa Israel, Esq. #54350<br>ISSA ISRAEL LAW FIRM<br>1615 California St. Ste 210<br>Denver Colorado 80202<br>(720) 664 6411 *office*<br>(720) 749 1446 *fax*<br>help@iilawfirm.com | Case No.<br><br>**24CV415**<br><br>Division: 414 |
| **COMPLAINT** ||

**COMES NOW** Plaintiffs Antonio Miller ("Miller") and Penthouse Enterprise, LLC ("Penthouse"), by and through its Counsel of Record, Issa Israel, Esq. of ISSA ISRAEL LAW FIRM, and submits its Complaint and in support thereof states as follows:

### I. INTRODUCTION

Plaintiff, through a private right of action under the provisions of the Servicemembers Civil Relief Act, seeks equitable relief and damages for losses he sustained when the City and County of Denver took his business while he was actively deployed for what they determined to be delinquent taxes and/or other causes of action. Plaintiff was actively deployed at the time and asserts that not only was the asset of the business itself applicable under the Act because it was closely held and a pass through entity, but much of the assets in the business which Denver seize and sold at auction belonged to Plaintiff personally. Accordingly, Plaintiff seeks a declaration of his rights under the act and seeks recovery for his losses which are estimated to range from $3,000,000 to $8,000,000.

**EXHIBIT C**

## II. PARTIES, JURISDICTION, VENUE

1. Plaintiff Antonio Miller. ("Miller") is an Individual, residing in the City and County of Denver, State of Colorado.

2. Plaintiff Penthouse Enterprise LLC ("Penthouse") is a Colorado limited liability Company principally located in Denver County, State of Colorado. Penthouse Enterprise LLC, a closely held entity solely owned by its sole member Antonio Miller, does business as Penthouse Caribbean Restaurant Café & Bar.

3. Defendant is the City and County of Denver acting through its Treasury Department.

4. Plaintiff alleges more than $100,000 in damages.

5. The Court has jurisdiction over the claims set forth herein pursuant to, *inter alia*, Colorado law including Article 6, Section 9 of the Colorado Constitution.

6. Venue is proper under C.R.C.P. 98(a) and (c).

## III. GENERAL ALLEGATIONS

1. Plaintiff Miller is an active member of the United States Army and was deployed on April 17, 2024 until October 27, 2024.

2. Plaintiff Miller is the sole owner of Penthouse - a thriving restaurant specializing in Jamaican cuisine which operated in the heart of downtown Denver.

3. Within one year of operation Penthouse' net sales were nearly at a half of a million dollars and the buzz the business generated was leading to exponential growth.

4. Penthouse had positioned itself as a fixture in the community and under its five year lease with provisions to extend to ten years would, Miller was at a helm of an enterprise that would be an important part of Downtown Denver's story – both culturally and economically.

**EXHIBIT C**

5. On or about July 26, 2023, at a time when Mr. Miller was on active duty with the U.S. Army, the City's Treasury department seized and sold certain personal property that Mr. Miller owned pursuant to his sole ownership of Penthouse Enterprise LLC – a pass through entity.

6. The City and County of Denver took control of Mr. Miller's business, removed the equipment, inventory and other assets, sold those assets at auction and locked him out of the premises effectively destroying his business in its entirety.

7. The taking of Miller's thriving business equated to a loss in the range of $3,000,000 to $8,000,000 depending on the manner of valuation.

8. The equipment, fixtures, and the majority of the assets utilized by Penthouse were owned by Miller personally.

9. On or about January 19, 2024, Miller provided notice of pending claims pursuant to this taking to the City and County of Denver as required under § 24-10-109 (2021).

10. The City and County of Denver failed to make Miller whole notwithstanding these losses.

## IV. CLAIMS FOR RELIEF

### FIRST CLAIM
### Private Right of Action under SCRA for Equitable Judgment

11. The allegations set forth in the above paragraphs are incorporated herein by reference.

12. More importantly, under Sections 802 - 803 [50 U.S.C. App. §§ 597a – 597b] of the Servicemembers Civil Relief Act (SCRA) [50 U.S.C. App. §§501 *et seq.*], "any person aggrieved by a violation of this Act…may in a civil action…obtain appropriate equitable or declaratory relief with respect to the violation."

13. Plaintiff Miller appeals to the Court's authority to declare the rights and obligations of both parties and to ensure equity is done in the instant matter where Plaintiff lost his business while

EXHIBIT C

serving his country and Defendant disregarded the provisions of the Act designed to protect service members from suffering losses unjustly.

14. Plaintiff seeks the Court's clarification as to whether the provisions of the SCRA apply when the assets are held through a closely held pass through entity and if so, seeks the Court's clarification as to the extent of his losses and the City's liability with respect to making him whole.

SECOND CLAIM

Private Right of Action under SCRA for Damages

15. The allegations set forth in the above paragraphs are incorporated herein by reference.

16. Pursuant to C.R.S. § 13-51-101 and C.R.C.P. 57(j), this Court generally has the authority to declare respective rights and obligations.

17. More importantly, under Sections 802 - 803 [50 U.S.C. App. §§ 597a – 597b] of the Servicemembers Civil Relief Act (SCRA) [50 U.S.C. App. §§501 *et seq.*], "any person aggrieved by a violation of this Act…may in a civil action…recover all other appropriate relief, including monetary damages."

18. **As set forth elsewhere herein,** Plaintiff Miller suffered substantial economic losses as a result of Defendants conduct in not complying with the provisions of the SCRA with respect to, *inter alia*, notice.

19. Plaintiff fell under the protections of the SCRA as an active servicemember deployed at the time.

20. The City and County of Denver seized Miller's assets taking from him both the value of the assets and the value of the business which was served by the assets.

21. Miller's losses range between $3 million and $8 million dollars based on current projections.

**EXHIBIT C**

22. Miller therefore seeks relief from the Court in obtaining an Order from Defendant making him whole.

23. Miller also seeks consequential and punitive damages under Section 803 and would ask that they be preserved and determined at an appropriate time.

## V. CONCLUSION

### PRAYER FOR RELIEF

**WHEREFORE** Plaintiffs prays this Honorable Court issues a Orders in favor of Plaintiffs and against Defendant for:

(a) Declaratory Judgment;

(b) Damages;

(c) Punitive Damages;

(d) Consequential Damages;

(e) Attorney's fees and cost;

(f) Any additional relief the Court determines just and appropriate.

Respectfully submitted this 2st day of May 2024

Consultus Legal Ltd *dba*
ISSA ISRAEL LAW FIRM

Issa Israel, Esq. #54350
*Counsel for Plaintiff*

**EXHIBIT C**