LN

061

DEPARTMENT OF DEFENSE
MILITARY ENTRANCE PROCESSING STATION
721 19th Street #275
Denver, CO 80202-null

ORDERS: 3108001                                          28 March 2023

TO:   MILLER, ANTONIO HOPETON, 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, SPC, USAR
      1600 Glenarm Pl APT 2509
      Denver, CO 80202

You are ordered to initial active duty for training (IADT) under 10 USC 12301. Upon completion of the training period shown below, unless sooner relieved or extended by proper authority, you will return to your home. Shipment of the weight allowance of household goods prescribed in the Joint Federal Travel Regulations is not authorized. Travel of dependents is not authorized. Proceed from your current home address and report to RSP not later than 0600 on 18 April 2023 and then:

Report to Basic Training: 95th AG Bn, Ft Sill, OK
Reporting date: 18 April 2023
Advanced Individual Training (AIT) activity and location: U.S. Army Academy of Health Science, Ft Sam Houston, TX
AIT reporting date: 05 July 2023
Training period: Approximately 10 weeks for basic training and 16 weeks MOS training, or until complete.
MOS: 68W1O, Alternate MOS: na
Pay entry base date (PEBD): 08 March 2023

This is a centrally billed account for ticket purchase.
Acct clas, tvl:
021 20232023 207010D23 A24AA 100301D3200PRTF 21T0 5085221371 & 021 20232023 207010D23 A24AA 100301D3200PRTF 21T0 5085221371
Pay & alw: 2132070 & 2142070 24-2512 1D31.0000-1198/1199/1210/1250 R150 028013


FOR THE COMMANDER:              ****************************
                                       OFFICIAL COPY
                                  DEPARTMENT OF DEFENSE
                                      DENVER MEPS
                                ****************************

                                ELLIOT Y. KIM
                                LT, USN
                                Assistant Operations Officer

DISTRIBUTION:
SPC MILLER (1)
95th AG Bn, Ft Sill, OK (1)
USAR Bn Denver (1)
919 MED CO (DEN SVC) (WV8JAA), 13137 E 23rd Ave, Aurora, CO 80045
303-365-3077 (3)
USAR guidance counselor (3)
Travel section (1)
File (1)