

December 14, 2023

<u>*Sent via Certified Mail*</u>
Kerry Tipper
Denver City Attorney
City and County of Denver
201 W. Colfax Dept. 1108
Denver Colorado 80202

    Re: *Notice of Pending Legal Claims for Violation of Servicemembers Civil Relief Act*

To Whom It May Concern:

Our firm represents Mr. Antonio Miller, the sole owner of Penthouse Enterprise LLC dba Penthouse Restaurant Café & Bar. This correspondence serves as notice under CO Code § 24-10-109 (2021) of pending legal claims related to a tax seizure and sale of Mr. Miller's assets executed while Mr. Miller was actively deployed. Our pending claims allege, *inter alia*, that the City's aforementioned conduct violated the provisions of the Servicemembers Civil Relief Act (SCRA), 50 U.S.C. App. §§ 501-596, and that as a result Mr. Miller is entitled to renumeration for the value of his restaurant that was unlawfully taken.

The particulars of the claim required under §24-10-109 are as follows:

    (a) **Claimant Injured**:    Antonio Miller
                                            Penthouse Enterprise LLC
                                            1600 Glenarm Pl. Apt. 2509
                                            Denver CO 80202

    (b) **Claimant's Counsel**:   Issa Israel, Esq.
                                            Issa Israel Law Firm
                                            1615 California St. Ste. 210
                                            Denver CO 80202.

    (c) **Employee Involved**:   Christeen Chapman
                                            DOF Tax Compliance Specialist
                                            201 W Colfax Ave Dept 1009 MC 405
                                            Denver CO 80202



(d) **Concise Statement of Injury**: Mr. Miller is the sole owner of Penthouse Enterprise LLC, a thriving restaurant specializing in Jamaican cuisine which operated as Penthouse Restaurant Café & Bar in the heart of downtown Denver. On or about July 26, 2023, at a time when Mr. Miller was on active duty with the U.S. Army, the City's Treasury department seized and sold certain personal property that Mr. Miller owned pursuant to his sole ownership of Penthouse Enterprise LLC – a pass through entity. The City took control of Mr. Miller's business, removed the equipment, inventory and other assets, sold those assets at auction and locked him out of the premises effectively destroying his business in its entirety. The Claimant asserts that the provisions of the Servicemembers Civil Relief Act (SCRA) apply in this context and as such the City incurred liability for damages as a result.

(e) **Monetary Damages Requested**: As a result of the seizure and sale of Mr. Miller's property he has sustained substantial losses and is seeking damages in excess of $4,000,000. Over $200,000 in assets were seized, $420,000 in income was lost during the closure, future income of $3,500,000 will not be realized as a result of the closure dating until the end of the lease agreement. Moreover, the Claimant is seeking damages for the loss of the brand and good will associated with it.

If you have any questions regarding this matter, please contact our office at (720) 664 6411 or email at help@iilawfirm.com.

We thank you in advance for your immediate cooperation.

Sincerely,

Consultus Legal Ltd *dba*
ISSA ISRAEL LAW FIRM

Issa Israel, Esq.
Managing Attorney

cc:   Rob A. McDermott                         Charles Solomon
      CAO Asst City Attorney, Sr.              CAO Asst City Attorney, Sr.
      Robert.McDermott@denvergov.org           Charles.Solomon@denvergov.org