**Siri Found a Contact**

Martinez - DOR, Tammy
tammy.martinez@state.co.us

Add ✕

---

**Tammy Martinez - DOR**    4/18/24

To: Antonio Miller >

This was the response I received from the AG's office.

Based on the information provided, I believe the DOR is taking the position that the SCRA does not apply as the taxpayer was not on active duty during the relevant time periods. If he can show that he was actively on duty at additional times, we can look at it again.

Thank you.

On Thu, Apr 18, 2024 at 10:58 AM Antonio Miller <ahmillerjam@gmail.com> wrote:
Show Quoted Content

--

*Tammy Martinez*
*Tac/Compliance*
*Tax Examiner III*
*303-866-3690*

Service | Teamwork | Accountability | Integrity | Respect

See More

**COLORADO**
**Department of Revenue**
Denver, CO 80261-0004

ANTONIO H. MILLER
1600 GLENARM PL APT 2509
DENVER CO  80202-4338

Apr 02, 2024

**Acct Type:** Indiv Income
**Account:** 95087689
**Letter:** L1373358864
**Source:** N05 - C3
**Period:** Dec 31, 2023

## IMPORTANT NOTICE

**This is not a bill. The amount shown below has been applied to your outstanding debt.**

Department of Revenue records show that you have a Individual Income Tax refund for filing period Dec 31, 2023. However, the following funds have been applied to the agency or agencies unpaid balance due amounts listed below.

| Agency | Contact Information | Amount Applied |
|---|---|---|
| Department of Revenue Billing Notice Account ID: 95087689-003-OPB Off./Partner (Oct 2023) | Go to Tax.Colorado.gov or call 303-238-7378 | $1,898.00 |
| **Total Amount Applied** | | **$1,898.00** |

Important: any questions you have about your debt need to be addressed directly with the agency listed above.  The Department acts only as an agent to the intercept as required by Colorado law and cannot make any determinations about the debt or provide any additional information for intercepts requested by other agencies.

Any remaining refund will be issued in 4-6 weeks.


Respectfully,
Colorado Department of Revenue

cL002, 45