Total Renal Care Inc    2000 16th Street Denver, CO 80202    +1 (877) 7328482

| Name | Company | Business ID | TM ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Antonio Miller | Total Renal Care Inc | 460562-00-7 | 820418 | 04/13/2025 | 04/26/2025 | 05/02/2025 | |

| | Total Hours Worked | Gross Pay | Pre Tax Ded | Teammate Taxes | Post Tax Ded | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.88 | 973.65 | 157.19 | 122.60 | 220.65 | 473.21 |
| YTD | | 11,470.36 | 1,604.24 | 1,710.34 | -2,242.85 | 10,398.63 |

## Earnings

| Description | Dates | Hours | Rate | Gross Wages This Period | Gross Wages YTD |
|---|---|---|---|---|---|
| Regular Hours | 04/13/2025 - 04/19/2025 | 20.2 | 21.008 | 424.37 | |
| Regular Hours | 04/20/2025 - 04/26/2025 | 20.68 | 21.008 | 434.45 | 9,649.85 |
| UnpaidTimeOff | 04/13/2025 - 04/26/2025 | 0.02 | 0 | 0.00 | 0.00 |
| PaidTimeOff | 04/13/2025 - 04/26/2025 | 4.63 | 21.008 | 97.27 | 1,192.45 |
| Overtime | | | 0 | | 22.08 |
| HolidayWrkOT | | | 0 | | 354.86 |
| ShiftDiff (10% / hour) | | | 0 | | 1.46 |
| ShiftDiff (10% / hour) | 04/13/2025 - 04/19/2025 | 3.87 | 2.1008 | 8.14 | |
| ShiftDiff (10% / hour) | 04/20/2025 - 04/26/2025 | 4.48 | 2.1008 | 9.42 | 249.66 |
| Earnings | | | | 973.65 | 11,470.36 |

## Teammate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 54.84 | 661.48 |
| Medicare | 12.83 | 154.70 |
| Federal Withholding | 23.95 | 489.15 |
| State Tax - CO | 27.00 | 357.00 |
| CO PFL (S) - COPFM | 3.98 | 48.01 |
| Teammate Taxes | 122.60 | 1,710.34 |

## Pre Tax Ded

| Description | Amount | YTD |
|---|---|---|
| 401(k)PreTax | 68.16 | 802.97 |
| Dental | 10.78 | 97.02 |
| Vision | 4.12 | 37.08 |
| Medical | 74.13 | 667.17 |
| Pre Tax Ded | 157.19 | 1,604.24 |

## Post Tax Ded

| Description | Amount | YTD |
|---|---|---|
| AccidentCov | 2.76 | 24.84 |
| Crit III | 6.96 | 62.64 |
| LTD | 11.66 | 104.94 |
| Legal Serv | 10.73 | 96.57 |
| Tuition Reimburse | | -2,956.00 |
| PriYrBenArrears | | 9.00 |
| WholeLifeLTC | 4.50 | 40.50 |
| State Tax Levy (95087689) | 184.04 | 374.66 |
| Post Tax Ded | 220.65 | -2,242.85 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| HSAER | 150.00 | 300.00 |
| Employer Paid Benefits | 150.00 | 300.00 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 884.62 | 10,669.09 |
| Medicare - Taxable Wages | 884.62 | 10,669.09 |
| Federal Withholding - Taxable Wages | 816.46 | 9,866.12 |
| State Withholding (Work) - Taxable Wages | 816.46 | 9,866.12 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married filing separately |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

## Absence Plans

| Description | Earned YTD | Used YTD | Available |
|---|---|---|---|
| PTO240 | 49.2991 | 57.55 | 4.2137 |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Navy Federal | Navy Federal ******4913 | ******4913 | | 473.21 | USD |

        



**COLORADO**
Department of Revenue

Denver, CO 80261-0004

TAXPAYER

Feb 08, 2024

PENTHOUSE ENTERPRISE LLC
PO BOX 6661
BRECKENRIDGE CO  80424-6661

**Account:** 94948273
**Letter:** L0803912976
**Source:** COL

# URGENT
# NOTICE OF INTENT TO LEVY

The Colorado Department of Revenue previously sent you a Notice of Final Determination and Demand for Payment for the taxes detailed below.  Since you have not paid the delinquent taxes or entered into an agreement to pay, the Department may pursue other collection options.  <u>This is the final notice you will receive before the Department begins the process to levy your wages and/or bank account</u>.  Unless you pay in full as instructed below, the Department will have the right to withhold money from your paycheck (and your spouse, if joint) and/or remove money from your bank account.  The Department is authorized to make levies under §39-21-114.5, C.R.S.

| | | |
|---|---|---|
| Sales Tax | Jun-2022  -  Jun-2022 | $1,526.92 |
| Sales Tax | Jul-2022  -  Jul-2022 | $1,521.12 |
| Sales Tax | Aug-2022  -  Aug-2022 | $1,514.24 |
| Sales Tax | Apr-2022  -  Apr-2022 | $1,374.96 |
| Sales Tax | May-2022  -  May-2022 | $1,370.32 |
| Sales Tax | Sep-2022  -  Sep-2022 | $1,302.00 |
| Sales Tax | Oct-2022  -  Oct-2022 | $1,293.00 |
| Sales Tax | May-2023  -  May-2023 | $1,271.00 |
| Sales Tax | Jun-2023  -  Jun-2023 | $1,243.00 |
| Sales Tax | Jul-2023  -  Jul-2023 | $1,209.60 |
| Sales Tax | Feb-2023  -  Feb-2023 | $1,007.00 |
| Sales Tax | Apr-2023  -  Apr-2023 | $925.00 |
| Sales Tax | Nov-2022  -  Nov-2022 | $896.00 |
| Sales Tax | Dec-2022  -  Dec-2022 | $892.00 |
| Sales Tax | Jan-2023  -  Jan-2023 | $884.00 |
| Sales Tax | Mar-2023  -  Mar-2023 | $870.00 |
| Sales Tax | Feb-2022  -  Feb-2022 | $736.28 |
| Sales Tax | Jan-2022  -  Jan-2022 | $87.00 |

bL001, 30



**COLORADO**
Department of Revenue

Denver, CO 80261-0004

⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦⊦

PENTHOUSE ENTERPRISE LLC
PO BOX 6661
BRECKENRIDGE CO  80424-6661

Feb 08, 2024

**Account:** 94948273
**Letter:** L0803912976
**Source:** COL

| Sales Tax | Feb-2022 - Feb-2022 | $41.00 |
|---|---|---|
| Sales Tax | Aug-2022 - Aug-2022 | $41.00 |
| Sales License | Jan-2022 - Jul-2023 | $0.00 |
| Sales Tax | Mar-2022 - Mar-2022 | $0.00 |

**You must deliver $20,005.44 in <u>certified</u> funds by 03/09/2024 to prevent the levy from occurring.**

- Only a bank/cashier's check or a money order will be accepted as certified funds.  We DO NOT accept cash.
- Do not mail your payment if you are within 10 days of the due date listed.  Your funds will not process quickly enough to prevent the levy.  In this case, we suggest that you bring your certified funds to the nearest Department of Revenue office (see next page for locations).
- Wage levies are typically 25% of the disposable income on every paycheck, and it will continue until the debt is paid-in-full. Again, if the debt is from a jointly filed return, we may take funds from each individual's paychecks.
- A bank levy notification will be sent to your financial institution to collect money from all account(s) associated with you.  We are authorized to seize the full amount owed.  Or, if your balance owed is greater, we may seize 100% of the money in your account(s).
- Once a levy has started, it will not be stopped until the debt is paid in full.  Additionally, penalty and interest will continue to accrue until the debt is fully paid.

Please be advised that this notice is related only to the debt(s) listed above.  You might have additional tax balance(s) with this Department, which would require attention as well.

If you would like to discuss your debt or have questions about this letter, please call us at 303-205-8291.

Respectfully,
Colorado Department of Revenue

bL001, 30



**COLORADO**
Department of Revenue

Denver, CO 80261-0004

Page 3  of  3

Feb 08, 2024

**Account:** 94948273
**Letter:** L0803912976
**Source:** COL

Our regional offices provide secure mailboxes for payment drop-off:

Denver
1881 Pierce Street

Colorado Springs
2447 North Union Boulevard

Fort Collins
3030 South College Avenue

Grand Junction
222 South 6th Street, 208

Pueblo
827 West 4th Street, Suite A

TAXPAYER